UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DEBORAH J. MITCHELL,**          CASE NO.   1:12-cv-387

   Plaintiff,          **Judge Timothy S. Black**

  -vs-

**COMMISSIONER OF
SOCIAL SECURITY,**

  Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is **NOT SUPPORTED BY SUSBATANTIAL EVIDENCE,** and is **REVERSED** and **REMANDED** to the ALJ for an immediate award of benefits; and that the case is **CLOSED** from the docket of the Court.

Date: August 26, 2013          **JOHN P. HEHMAN, CLERK**

                                                                         By: _s/ M. Rogers_
                                                                         Deputy Clerk